**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BANK OF AMERICA, N.A.,

    Plaintiff,

v.

MARIA and BILL MARTINEZ,

    Defendants.
    _____/

No. C 12-01520 CRB

**ORDER REMANDING CASE**

    Now pending before the Court is the Referral and Recommendation of Magistrate Judge Cousins regarding this case. No party has filed an objection. The Court has carefully reviewed and agrees with the Recommendation. Accordingly, the Court REMANDS this matter to the Superior Court of the State of California, Count of San Joaquin.

    **IT IS SO ORDERED.**

Dated: April 16, 2012

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2012\1520\Order Remanding Case.wpd